IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., PLAINTIFF, MARTI ADDAMS-MORE, PLAINTIFF ) v. HON.ALBERTO R. GONZALES,U.S.ATTORNEY ) GENERAL,U.S.JUSTICE DEPT.DEFENDANTS, ) AND | 2 ~~AMENDED~~ COMPLAINT 28 ‖1631 COMPLAINT FOR CONTINUOUS CLAIM INJURY,UNDER RICO,TO BENEFICARY, AND SSA TRUST -REWARD,DAMAGES |
| CHIEF FINANCIAL OFFICER,28‖507(c)AND ) HON.ERIC H.HOLDER,JR.AND JUSTICE DEPT.) PUBLIC CONTRACT SECTION   DEFENDANTS, ) AND | COMPLAINT UNDER FCA FOR EXPOSING SYSTEMIC NEGLECT, FRAUD, BIAS IN SSA TRUST, FHA, REWARDS, DAMAGES |
| DIR.JOHN WOMACK, U.S. JUSTICE DEPT. ) DISABILITY RIGHTS SECTION  DEFENDANTS,) AND | COMPLAINT FOR DISCRIMINATION IN GOVERNMENT PROGRAMS UNDER ADA LAW DAMAGES |
| HON.MICHAEL LEAVITT AND DEPT.HEALTH &HUMAN) SERVICES,SOCIAL SECURITY ADMINISTRATION AND       DEFENDANTS,) T.G.(TEXAS)FEDERAL STUDENT LOAN PROGRAM AND      DEFENDANTS,) | U.S.CONSTITUTION DEPRIVATION ART.I,SEC.9; ART.I,SEC.10; ART.IV,SEC.2;ART.VI SUPREMACY; 1ST, 5TH, 14TH AMENDMENTS DAMAGES |
| SECURE HORIZONS,HMO, CMS AND GOOD ) SAMARITAN HOSPITAL        DEFENDANTS,) AND | FILED NOV 0 8 2007 NANCY MAYER WHITTINGTON, CLERK DISTRICT COURT |
| A.P.A. AND A.P.A. PUBLISHING,INC.AND TASK ) FORCE ON DSM-IV          DEFENDANTS,) AND | |
| INDIANA UNIVERSITY,SCHOOL OF EDUCATION AND UNIVERSITY CLINIC            DEFENDANT AND | |
| CARDINAL HEALTH CARE SYSTEMS AND BALL MEMORIAL HOSPITAL            DEFENDANT AND | Case: 1:07-cv-02022 Assigned To : Unassigned Assign. Date : 11/08/2007 Description: CIVIL RIGHTS-NON. EMPLOY. |
| BROADSPIRE, KEMPER INS. AND DAVID PLETT AND AMERICAN STORES          DEFENDANT AND | |
| PRESBYTERIAN HOSPITAL AND PRIMACARE,INC. ) AND        DEFENDANTS,) ALLEN DUBY,M.D.AND HUMANA,HMO,CMS,AND UN- ) KNOWN NAMED INSURER,AGENTS    DEFENDANTS,) AND | |
| WILLIE HINTON AND SERENITY,BOARD & CARE,AND UNKNOWN NAMED  PARTNERS,JOINT VENTURES,MEDICARE PAYEE, DEFENDANTS) AND | |
| EAST LOS ANGELES COMMUNITY CORP.AND GILL FAMILY TRUST,AND) UNKNOWN NAMED OWNERS,AND HON.TERESA SANCHEZ-GORDON, AND  ) JOINT VENTURES OF ASSR. NO.5144 015 036      DEFENDANTS) AND | |
| HON.JUDGE DAVID CAVE AND HON.JUDGE BILL SHEEHAN,92-12763-K) AND           REAL PARTIES IN INTEREST) HON.JUDGE SIDNEY FITZWATER,CV-2254,REAL PARTY IN INTEREST  ) AND HON.JUDGE DEAN D.PREGERSON,CV-01-215,REAL PARTY IN INTEREST) AND HON.JUDGE TERESA SANCHEZ-GORDON,BC324812,REAL PARTY IN INTEREST) AND HON.JUDGE EMILY C. HEWITT,CV-1154C, REAL PARTY IN INTEREST) | |

EJ-001

ATTORNEY OR PAR — TEL. NO. 323)692-1058
☐ Recording requested by and return to:
MARTI ADDAMS-MORE, IN PRO PER
256 S. Robertson Blvd. #610
Beverly Hills, Ca. 90211-2898

☐ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 110 N. Grand Ave.
MAILING ADDRESS: Los Angeles, Ca. 90012
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL

PLAINTIFF: MARTI ADDAMS-MORE, V.
DEFENDANT: T.S. GILL & SPOUSE & YORKSHIRE APTS, & HOTEL

**ABSTRACT OF JUDGMENT**  ☐ Amended

CASE NUMBER: BC324812

FOR RECORDER'S USE ONLY

COPY of Document Recorded
OCT 20 2005  05 2532012
Has not been compared with original.
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR - RECORDER

OCT 14 2005

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
a. Judgment debtor's
    Name and last known address
    ┌─────────────────────────────┐
    │ T.S. GILL                   │
    │ 839 S. Grand Ave.           │
    │ Los Angeles, Ca. 90017      │
    └─────────────────────────────┘
b. Driver's license No. and state:  ☒ Unknown
c. Social security No.:              ☒ Unknown
d. Summons or notice of entry of: default Judgment was personally served or mailed to (name and address): 839 S. Grand Ave. Los Angeles, Ca. 90017
e. ☐ Original abstract recorded in this county:
   (1) Date:
   (2) Instrument No.:
f. ☒ Information on additional judgment debtors is shown on page two.

Date: 10-14-05
Marti Addams-More
(TYPE OR PRINT NAME)

▶ (signature) Marti Addams-More
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☒ A certified copy of the judgment is attached.
3. Judgment creditor (name and address):
   MARTI ADDAMS-MORE
   256 S. Robertson Blvd. Beverly Hills, Ca. 90211-2898
4. Judgment debtor (full name as it appears in judgment):
   T.S. GILL & SPOUSE & YORKSHIRE APTS. & HOTEL

[SEAL]
5. a. Judgment entered on
      (date): OCT. 18, 2005
   b. Renewal entered on
      (date):
This abstract issued on (date):
OCT. 19, 2005

6. Total amount of judgment as entered or last renewed: $50,000
7. ☐ An ☐ execution lien ☒ attachment lien
   N.A. is endorsed on the judgment as follows:
   a. Amount: $50,000
   b. In favor of (name and address):
8. A stay of enforcement has
   a. ☒ not been ordered by the court.
   b. ☐ been ordered by the court effective until
      (date):
9. ☐ This judgment is an installment judgment.
JOHN A. CLARKE,
Clerk, by Kim Kam KAM, Deputy

**ABSTRACT OF JUDGMENT**

Form Adopted for Mandatory Use
Judicial Council of California

Page 1 of 2
Code of Civil Procedure, §§ 488, 480

CASE NUMBER: BC324812

JUDGMENT IS ENTERED AS FOLLOWS BY: ☐ THE COURT  ☐ THE CLERK

☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

**Parties.** Judgment is
a. ☑ for plaintiff (name each): MARTI ADDAMS-MOPE
   and against defendant (names): T.S. MILLTSPOOSE & YORKSHIRE APTS & HOTEL
   ☐ Continued on Attachment 5a.
b. ☐ for defendant (name each):

c. ☐ for cross-complainant (name each):
   and against cross-defendant (name each):
   ☐ Continued on Attachment 5c.
d. ☐ for cross-defendant (name each):

6. **Amount.**
a. ☐ Defendant named in item 5a above must pay plaintiff on the complaint:

| | | |
|---|---|---|
| (1) ☑ Damages | $ | 50,000 |
| (2) ☐ Prejudgment interest at the annual rate of  ___% | $ | |
| (3) ☐ Attorney fees | $ | |
| (4) ☐ Costs | $ | |
| (5) ☐ Other (specify): | $ | |
| (6) TOTAL | $ | 50,000 |

b. ☐ Plaintiff to receive nothing from defendant named in item 5b.
   ☐ Defendant named in item 5b to recover costs $ ___ and attorney fees $ ___

c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | |
|---|---|---|
| (1) ☐ Damages | $ | |
| (2) ☐ Prejudgment interest at the annual rate of ___% | $ | |
| (3) ☐ Attorney fees | $ | |
| (4) ☐ Costs | $ | |
| (5) ☐ Other (specify): | $ | |
| (6) TOTAL | $ | |

d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.
   ☐ Cross-defendant named in item 5d to recover costs $ ___ and attorney fees $ ___

7. ☐ Other (specify):

Date: 10/18/05

_____ JUDICIAL OFFICER

☐ Clerk, by _____, Deputy

Date: _____

**CLERK'S CERTIFICATE (Optional)**
I certify that this is a true copy of the original judgment on file in the court.

Date: OCT 19 2005   ___ A. CLARKE, CLERK

Clerk, by _____, Deputy
                ANNIE LEE

(SEAL) SUPERIOR COURT, LOS ANGELES COUNTY, CALIFORNIA

JUD-100 (New January 1, 2002)

JUDGMENT

Page 2 of ___

```
05/16/06  SSCPK16           STATUS INQUIRY           PAGE 1         12:22:41.2
                                                                    CPOISTA3
NAME   EAST LA COMMUNITY CORPORATION



CORP NO C1764652     INC. DATE 06/05/1995  STATUS ACTIVE
DOMESTIC NONPROFIT                  CLASS PB
              NO OF PAGES 04        ST/CTRY

STMNT/OFFICERS   LAST COMPLETE C  DATE 06/27/05   NO E148235
                 COMPL/NC      C  DATE 04/11/03   NO 0130255
                 AMENDMENT        DATE            NO


PRINCIPAL EXECUTIVE ADDR 530 S. BOYLE AVENUE

         CITY/ST/CNTRY LOS ANGELES             CALIFORNIA
                                               ZIP  90033
CALIFORNIA ADDRESS

               CITY                            CA

MAILING ADDRESS
               530 S. BOYLE AVENUE

         CITY/ST/CNTRY LOS ANGELES             CALIFORNIA
                                               ZIP  90033
CEO     NAME ROBERTO BARRAGAN
             ADDRESS 530 S. BOYLE AVENUE

         CITY/ST/CNTRY LOS ANGELES             CA
                                               ZIP  90033

AGENT   NAME MARIA G. CABILDO
             ADDRESS 530 S. BOYLE AVENUE

               CITY LOS ANGELES                CA    90033

TYPE OF BUSINESS
ENTR=CONTINUE      PF2=HISTORY      PF3=BACK TO WORKSCREEN      PF10=MAIN MENU
```

2006 MAY 16 PM 12:23
SECRETARY OF STATE
ICE VED-LOS ANGELES


```
TYPE= ON   ASSR ID NO= 5144 015 036    SBN NO =
                 REGION= 23  FILE NO= 80  UPDATE= 04/30/06    DATE= 05/04/06
ASSR ID NO= 5144 015 036 2

BILL NO   REC DT   DOC NO OC1 DT INT     LND VAL  RC BY   NAME
  T  S    CRT DT   AUD DT OC2 RC TRA     IMP VAL  RC BY   (FIRST 25 CHARACTERS)
                   PROCESS CDE

1960000  930826-50 1669116 3  Y 00%-0    1176601  T  94  EAST LOS ANGELES COMMUNIT
  R  I    960803    960803 5  A 00211    1688167  T  94


1950000  930826-50 1669116 3  Y 00%-0    1163685  T  94  EAST LOS ANGELES COMMUNIT
  R  A    950729    950729 5  A 00211    1669635  T  94


1940000  930826-50 1669116 3  Y 00%-0    1150000  T  94  EAST LOS ANGELES COMMUNIT
  R  A    940731    940731 5  A 00211    1650000  T  94


> FOR MORE SUBSEGMENTS,  ENTER "Y" -- >

  PF1 = INQ SEL;   6 = NEWS;    9 = ACCUM TXN;   10 = MENU;   11 = EXIT
```

4-©          1    Sess-1    159.83.78.4                B$38              21/44

Name: fcheaves - Date: 05/04/2006  Time: 15:04:39

MARTI ADDAMS-MORE
256 S. ROBERTSON BLVD.
BEVERLY HILLS, CA. 902__
(310)945-7852

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., PLAINTIFF, MARTI ADDAMS-MORE, PLAINTIFF) V. | ) 2 AMENDED COMPLAINT 28 §1631 |
| HON. ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL, U.S. JUSTICE DEPT. DEFENDANTS, AND | COMPLAINT FOR CONTINUOUS CLAIM INJURY, UNDER RICO, TO BENEFICARY, AND SSA TRUST -REWARD, DAMAGES |
| CHIEF FINANCIAL OFFICER, 28§507(c) AND HON. ERIC H. HOLDER, JR. AND JUSTICE DEPT.) PUBLIC CONTRACT SECTION   DEFENDANTS, AND | COMPLAINT UNDER FCA FOR EXPOSING SYSTEMIC NEGLECT, FRAUD, BIAS IN SSA TRUST, FHA, REWARDS, DAMAGES |
| DIR. JOHN WOMACK, U.S. JUSTICE DEPT. DISABILITY RIGHTS SECTION  DEFENDANTS,) AND | COMPLAINT FOR DISCRIMINATION IN GOVERNMENT PROGRAMS UNDER ADA LAW DAMAGES |
| HON. MICHAEL LEAVITT AND DEPT. HEALTH & HUMAN) SERVICES, SOCIAL SECURITY ADMINISTRATION AND                        DEFENDANTS,) T.G.(TEXAS)FEDERAL STUDENT LOAN PROGRAM AND                        DEFENDANTS,) | U.S. CONSTITUTION DEPRIVATION ART.I, SEC.9; ART.I, SEC.10; ART.IV, SEC.2; ART.VI SUPREMACY; 1ST, 5TH, 14TH AMENDMENTS DAMAGES |
| SECURE HORIZONS, HMO, CMS AND GOOD SAMARITAN HOSPITAL        DEFENDANTS,) AND | |
| A.P.A. AND A.P.A. PUBLISHING, INC. AND TASK FORCE ON DSM-IV        DEFENDANTS,) AND | |
| INDIANA UNIVERSITY, SCHOOL OF EDUCATION AND UNIVERSITY CLINIC        DEFENDANTS,) AND | |
| CARDINAL HEALTH CARE SYSTEMS AND BALL MEMORIAL HOSPITAL        DEFENDANTS,) AND | |
| BROADSPIRE, KEMPER INS. AND DAVID PLETTE AND AMERICAN STORES        DEFENDANTS,) AND | |
| PRESBYTERIAN HOSPITAL AND PRIMACARE, INC. AND        DEFENDANTS,) | |
| ALLEN DUBY, M.D. AND HUMANA, HMO, CMS, AND UN- KNOWN NAMED INSURER, AGENTS    DEFENDANTS,) AND | |
| WILLIE HINTON AND SERENITY, BOARD & CARE, AND UNKNOWN NAMED   PARTNERS, JOINT VENTURES, MEDICARE PAYEE, DEFENDANTS) AND | |
| EAST LOS ANGELES COMMUNITY CORP. AND GILL FAMILY TRUST, AND) UNKNOWN NAMED OWNERS, AND HON. TERESA SANCHEZ-GORDON, AND ) JOINT VENTURES OF ASSR. NO.5144 015 036     DEFENDANTS) AND | |
| HON. JUDGE DAVID CAVE AND HON. JUDGE BILL SHEEHAN, 92-12763-K) AND                REAL PARTIES IN INTEREST) | |
| HON. JUDGE SIDNEY FITZWATER, CV-2254, REAL PARTY IN INTEREST  ) AND | |
| HON. JUDGE DEAN D. PREGERSON, CV-01-215, REAL PARTY IN INTEREST) AND | |
| HON. JUDGE TERESA SANCHEZ-GORDON, BC324812, REAL PARTY IN INTEREST) AND | |
| HON. JUDGE EMILY C. HEWITT, CV-1154C, REAL PARTY IN INTEREST) | |

i

UNITED STATES OF AMERICA ex rel.,
PLAINTIFF,
MARTI ADDAMS-MORE, PLAINTIFF
710 S. BROADWAY ST. #108
LOS ANGELES, CA. 90014
(213)627-4496

FILED JUL 12 2004

04-1154C

MARTI ADDAMS-MORE, IN PRO PER

UNITED STATES Court of FEDERAL CLAIMS
SITTING CENTRAL DISTRICT OF CALIFORNIA & NORTH TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ) PLAINTIFF,    MARTI ADDAMS-MORE, ) v.                   PLAINTIFF, ) | #CV-04-3099DDP(VBKx) JOINDER via FRCP #18(a)&#20(a) TO #CV-04-528DDP(VBKx) FRCP #42(a) |
| MUTUAL OF OMAHA, MEDICARE PAYOR/ FRAUD UNIT              Defendant;& | AMENDED COMPLAINT 28 ¶2501 et seq. MULTI-DISTRICT JURISDICTION & venue ¶1407 |
| HCFA/NHIC/FRAUD unit, L.A., CA. Defendant;& | FALSE CLAIMS ACT 31 USC ¶¶3729-3733 & CIVIL RICO ¶1964 |
| HCFA/NHIC/FRAUD unit, Dallas, Tx.           Defendant;& | SOC. SEC. ACT ¶1867(a) as amended, 42 USCA ¶1395dd(a) EMTALA |
| SMARTCORPORATION/MEDICARE Unit/& Unknown named Owners Ca. & GA. Defendants;& | FRAUD & CRIMINAL MISAPPLICATION MEDICARE CONTRACT XIX, fiduciary duty, Medicare XVIII, ¶208, ¶1877. |
| McNulty Guest Home & Mrs. Dely dela Fuente & Spouse   Defendants;& | ¶1909, ¶1396 et seq. FTCA 28 USC ¶1346(2)(b)(c0; ¶2680(h). |
| Orchid Hotel/Medicare Unit & L.A. College of MicroTechnology &Owner, HEMRAJ RAMDHAN.  Defendants;& | ¶1507, &1503 JUDGMENT UPON SET OFF AGAINST PLAINTIFF IN TAX MATTER |
| CA.Dept. of Mental Health/ADA & Medicare Unit         Defendants;& | WITNESS/VICTIM/PROTECTION ACT 42 USC ¶1985(2)(3). |
| Murchison & Cummin & Orchid Hotel/& Owners & Molly Ling    Defendants;& | FRAP #17(a);#20;#21 JOINDER ADA TITLE II & III;P.L.101-336 |
| Gamble Western Attorney Services, & Katherine Behnke     Defendant;& | ADVOCATE via EMTALA MANDATE TEST/TREAT/&/STABILIZE; & |
| Carrol, Kelly, Trotter, Franzen&McKenna & Behavioral Health Care at Pacifica Hosp.& Medicare Unit   Defendants;& | REASONABLE ACCOMMODATION BY COURT |
| WASHINGTON MUTUAL BANK,  Defendant;& | INTENTIONAL & NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |
| Yorkshire Apts.& Hotel & T.S.Gill & Spouse, Owners      Defendants;& | JUDICIAL ACT OF 1789 #31 |
| L.A.Housing Dept. Code Enforcement & FHAA & ADA UNITS    Defendants;& | NO WANT OF FORM DISMISSAL IN U.S. COURTS |
| PARKLAND Memorial Hospital & Unknown Named Doctors/Medicare unit, Defendant;& | |
| Green Oaks Behavioral Health Care Services & Unknown named Doctors/NURSES/Medicare Unit.              Defendants;& | |
| "Dr Luke" Chief Geriatric Unit at Wichita Falls St.Hosp.Medicare Unit Defendants;& | |
| S.Sureddi,M.D.Adminiatration/Evaluation & Medicare Units at Terrell St.Hosp.Defendants& | |
| Dallas Police Dept.& City     Defendant;& | |
| Timberlawn Mental Health Systems & Hosp. & Unknown named Judge   &   Defendants | |
| DALLAS COUNTY & DCMHMR        Defendants | |

i

MARTIN FROST
24th District, Texas

RULES COMMITTEE

HOUSE ADMINISTRATION
COMMITTEE

FLOOR WHIP

Congress of the United States
House of Representatives
Washington, DC 20515

WASHINGTON OFFICE
2459 Rayburn House Office Building
Washington, DC 20515
(202) 225-3605

January 19, 1994

Mrs. Marti More
Post Office Box 181562
Dallas, Texas 75218

Dear Mrs. More:

Enclosed please find a copy of the letter I received from the Social Security Administration in response to my inquiry on your behalf. I believe you will find this letter self-explanatory. I am pleased to note that you will be receiving $1023.00 until a decision is made on the overpayment. Should you be found to have an overpayment, please contact my staff assistant, Judy Scheberle, again for assistance at 948-3401.

I always appreciate the opportunity to serve the constituents of the 24th Congressional District and hope you will call on me again whenever I may be of further service.

Sincerely,

MARTIN FROST
Member of Congress

MF:js
Enclosure

Please reply to office checked

Fort Worth, TX 76140
☐ 3020 S.E. Loop 820
(817) 293-9231
1-800-846-6213

Dallas, TX 75208
☑ 400 S. Zang Blvd., Suite 1319
(214) 948-3401
1-800-937-2056

Arlington, TX 76010
☐ 318 W. Main Street, Suite 102
(817) 795-3291

Corsicana, TX 75110
☐ 100 N. Main, Suite 534
(903) 874-0760
1-800-292-4423

 DEPARTMENT OF HEALTH & HUMAN SERVICES  Social Security Administration

Refer To   More, Marti  
              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

10600 Steppington Dr.  
Dallas TX 75230

January 10, 1994

RECEIVED JAN 1 2 1994

The Honorable Martin Frost  
Member, United States House  
  of Representatives  
400 S. Zang Blvd., Suite 1319  
Dallas TX 75208

ATTN: Judy Scheberle

Dear Representative Frost:

Thank you for your inquiry regarding Ms. Marti Addams More.

Based on our records, Ms. Marti Addams More notified the Social Security Administration (SSA) of her husband's death in July 1993. Mr. More died in November 1992.

Ms. More filed a claim for disabled widow's benefits in August 1993; the claim was awarded in December 1993. She received a retroactive check of $10,993.00, and will receive a continuing payment of $1023.00 monthly.

Although Ms. More received a retroactive check of $10,993.00, there is an overpayment of $12,016.00 on Mr. More's records, which represents benefits checks sent to his bank for the period of December 1992 through August 1993. This overpayment has not yet been charged to Ms. More. If she is charged with this overpayment, she will have the right to request a waiver. SSA is still investigating these checks.

If we can be of further assistance, please let us know.

Sincerely,

Ruthy Sellers  
District Manager

RW/imk

<u>RENT/EMPLOYMENT CONTRACT</u>

WHEREAS <u>NINA RUTH MORE</u> has required and will continue to require more care, time and attention than was thought necessary in JULY, 1991; it becomes needful to amend and rewrite the orignal rent/work agreement signed in JULY, 1991. THIS AMENDMENT IS IN FAIRNESS TO MARTI MORE, CARETAKER.

WHEREAS, THE ORIGNAL AGREEMENT AND THIS AGREEMENT IS ENTERED INTO IN ORDER TO SAVE NINA MORE EXTENSIVE CASH OUTLAYS AND REDUCE HER STRESS AND WORRY IN ORDER THAT SHE MAY RECOVER FROM HER ACCIDENT OF FEB. 19, 1991 faster and more completely; THEREFORE, IT IS UNDERSTOOD THAT MARTI MORE WILL CONTINUE AS CARETAKER AND RESPONSIBLE PARTY IN THE CARE AND RECOVERY OF NINA RUTH MORE. IT IS UNDERSTOOD THAT <u>NINA RUTH MORE</u> WILL THEREFORE BE RELIEVED OF THE WORRY AND NEED OF HAVING TO HIRE AND PAY FOR ROUND THE CLOCK CARE BY THE SUNSHINE AGENCY OR ANY AGENCY OR OTHER LIVE-IN CARETAKER <u>AS MARTI MORE</u> ASSUMES THAT BURDEN OF CARE AND RESPONSIBILITY.

IT IS UNDERSTOOD THAT IN CONSIDERATION OF THAT NEW AND ADDED BURDEN OF CARE AND RESPONSIBILITY <u>NINA RUTH MOORE</u> AGREES TO MAKE AVAILABLE TO MARTI AND DWIGHT MORE A RENT-FREE APARTMENT VALUE ($550.00) month FOR A (12) twelve MONTH PERIOD FROM NOVEMBER <u>1st, 1991 to</u> DEC. 30th, 1992.

IN ADDITION <u>NINA RUTH MORE</u> AGREES TO PAY MARTI MORE $150.00 per month for additional food for the evening meal; week-end meals and meals out.

IT IS UNDERSTOOD THAT WHEN NINA RUTH MORE IS RECOVERED AND SETTLES WITH SKAGGS ET AL SHE WILL REIMBURSE/COMPENSATE MARTI MORE FOR PAST TIME STARTING AUGUST 1, 1991 and continuing through DEC. 31st, 1992 at the rate of at least $5.00/hr.
& Not Less than

SIGNED AND AGREED THIS NOV. 1st, 1991.

No upward limit to avoid delay

NINA RUTH MOORE

MARTI MORE 11-1-

CARE/TAKER AND NEGOTIATING AGREEEENT/PG. 3

*[handwritten margin notes:]*
*Nina Moore was a Texas Tailor + did not have Medicare*
*Loss of ability in Nursing at home INS.*
*JM NM*
*WILL BE INFORMED OF ALL OFFERS; AND FINAL JUDGEMENT IF IN FACT A LAW SUIT INTERVIEW AND HAVE FINAL DECISION D THREE ATTORNEYS TO TURN DOWN H RTI MORE'S IF MARTI MORE IS ABLE FORTS & TEREST WILL protected.*
*M*
*M*
*NG Moore Lost Insurability home insurance*

NINA, RUTH MORE AGREES TO PAY A 20 percent COMMISSION TO MARTI MORE for each and every dollar Marti More is able to recover for Ni.. M.. e over and above the $50,000 [fifty thousand] NINA RUTH MORE HAS OFFERED DAVID PLETTE FOR A FINAL SETTLEMENT.

IT IS AGREED AND UNDERSTOOD THAT MARTI MORE WILL OPEN THE NEGOTIATION AT $250,000.00 and further that Marti More will have ample decression in deciding to settle, sue in the courts: BUT IN NO WAY WILL THE ABOVE SUM OF $50,000 be in jeapordy. NINA MORE AND MARTI MORE WILL MAK IS NEEDED. AT SUCH TIME MARTI MORE IN SELECTING THE ATTORNEY: AS NINA MOR ER CASE & MARTI MORE HAS A LAWYER-SON. TH TO NEGOTIATE SEPARATE FUNDS FOR

FOR THE 24 hr./7 day a week care of NINA RUTH MORE OVER A PERIOD OF EIGHT MONTHS AND OVER THE NEXT 12 months (or until NINA RUTH MORE FEELS AS SHE DID ONE YEAR AGO AND IS ABLE TO CARRY ON HER NORMAL DAY TO DAY LIFE); MARTI MORE WILL ADJUST ACCORDINGLY THE ABOVE PERCENT.

IT IS UNDERSTOOD BY ALL THAT NINA RUTH MORE HAS LOST SIGNIFICANT INCOME OF HER DUPLEX APARTMENT AND WILL CONTINUE TO LOSE INCOME AS LONG AS SHE SUFFERS ANXIETY, AND OTHER MENTAL DISTRESS AS A RESULT OF HER PRECARIOUS FINANCIAL AND PHYSICAL SITUALTION: SHE IS IN CONSTANT DREAD OF FALLING AND BREAKING ANOTHER BONE.

IT IS UNDERSTOOD THAT MARTI MORE HAS CHARGED A GREATLY RI FIGURE FOR THE CONSTANT, NURTURING CARE THAT THE SUNSHINE (or other good agency) in order to reduce the mental and f STRESS that this past year has placed upon NINA RUTH MORE. HAD TO ENDURE AN EMBARRASSING LETTER AND THREAT FROM DOCTORS HOME REGARDING PAYMENT OF HER ACCOUNT.

_____(witness)        _____
SS/NOTARY                                NINA RUTH MOORE

                                         _____
                                         MARTI MOORE

**Texas Guaranteed Student Loan Corporation**

P.O. Box 201725 • Austin, Texas 78720-1725 • 512-219-8100 • 1-800-338-4752

2039514 03

January 04, 2000    2039514 05

MARTI ADDAMS-MORE                              7283P 31336
270 N CANON DR # 1552
BEVERLY HILLS CA 90210-5323

\* Send payments and correspondence
to your lender/servicer:

ACADEMIC FINANCIAL
SERVICES ASSOCIATION/AFSA
PO BOX 7051
UTICA, NY 13504-7051
Telephone: (800)835-4611

## * * * Avoid Default Now ! * * *

Our records indicate that your student loan payments with the lender/servicer named above are *seriously past due.* Call a Default Prevention Counselor at TG to discuss the options available to resolve the delinquency of your student loan account. These options to avoid default are available:

- **Deferment.** You may postpone your payments if you qualify for an Economic Hardship, In-School, Unemployment, or Disability deferment. Qualification is determined by current economic, enrollment, employment, or disability status. You are entitled to any of these deferments if you qualify.
- **Forbearance.** You may qualify for a Mandatory or Economic Hardship Forbearance. The Economic Hardship Forbearance is granted at the discretion of your lender/servicer.
- **Consolidation.** You may be eligible to consolidate your loans through your lender/servicer under the Federal Family Education Loan Program (FFELP) or through the Federal Direct Consolidation Loan Program (FDCLP). Loan consolidation often reduces your monthly student loan payment. Ask your Default Prevention counselor for details.
- **Alternative Payment Plans.** You may qualify for Income Sensitive, Graduated, or Lowered Payment Plans.

If you do not resolve this delinquency, your loan(s) will be declared in default. If a default claim is paid, the entire balance of your loan will become due and you will no longer be eligible for any Title IV financial aid or any of the options described above. Other default consequences include:
- Withholding of a percentage of your wages until repaid in full.
- Adding collection and attorney fees to the balance of your loans.
- A bar on the renewal of your State of Texas Practitioner's License.
- Seizure of your IRS tax refund by the U.S. Department of Education.

*Call a Default Prevention Counselor At 1-800-338-4752 Or Contact Your Lender/Servicer Immediately.*

Make sure your Social Security Number is on all payments and correspondence.

Please note that this an attempt by a debt collector to collect a debt, and any information obtained will be used for that purpose.

Default Prevention Department
Texas Guaranteed Student Loan Corporation

Call us Monday-Thursday, 7am-9pm CST, Friday, 7am-5pm CST and Saturday, 9am-1pm or e-mail us: *prevent.default@tgslc.org*

IN RE: CHANGE OF NAME OF     X     IN THE JUDICIAL DISTRICT

MARTI ADAMS     X     COURT NO. __F-116th.__ OF

DALLAS COUNTY, TEXAS

ORDER

This the _13_ day of _July_, 1978, in the above entitled and numbered matter, came on to be heard the application of MARTI ADAMS, which application reads as follows:

That her full name is Marti Adams and that she resides in said county of Dallas;

That she desires to change her name so that it shall hereafter be MARTI ADDAMS, and that the causes which induce her to desire a change of and to adopt another last name are as follows:

(a) That the change of the last name, ADAMS, to ADDAMS is for the purpose of assisting the applicant in her business affairs by giving her a more unique identity with respect to the spelling of her name.

(b) The applicant is not attempting in any manner to avoid creditors and that it is for her interest and benefit to change her name and adopt another for the aforesaid.

THEREFORE PREMISES CONSIDERED, it is therefore decreed that the application of MARTI ADAMS for change of name be granted, and that applicant's new name is now MARTI ADDAMS.

_____
JUDGE

F-116th 78-7206 THU JUL 13 1978

IN RE: CHANGE OF NAME OF X IN THE JUDICIAL DISTRICT

MARTI ADAMS X COURT NO. F-116th OF

JUL 13 1 23 PM '78 DALLAS COUNTY, TEXAS

BILL SHAW

ORDER

This the 13 day of July, 1978, in the above

entitled and numbered matter, came on to be heard the application

STATE OF TEXAS }
COUNTY OF DALLAS }

I, JIM HAMLIN, Clerk of the District Courts of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears of record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 24th day of April, A.D., 2001

JIM HAMLIN, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By Luba McCasland Deputy

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

MARTI A. MOORE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE NFP

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

ALBERTO GONZALES, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-02022
Assigned To : Unassigned
Assign. Date : 11/08/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— 15 —

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ■ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
■ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ Multi district Litigation
☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ -0-   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ■ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

DATE 11- -07   SIGNATURE OF ATTORNEY OF RECORD   UCO

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Forms\js-44.wpd