UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marti Addams-More, )
)
    Plaintiff, )
)
v. ) Civil Action No. 07 2022
)
Alberto R. Gonzales *et al.*, )
)
    Defendants. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this ___ day of November 2007,

ORDERED that plaintiff's application to proceed *in forma pauperis* [# 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED without prejudice. This is a final appealable Order.

*Ellen S Huvelle*
United States District Judge